# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hogan, Thomas F. | U.S. District Court for the District of Columbia | 06/15/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination,   Date<br>☑ Initial   ☐ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 4114 U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE    2010 JUL -7 A 9:24    RECEIVED

Hogan, Thomas F.

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Principal - Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association | March 2009 | New York City | Annual Bar Dinner | Transportation, lodging and meals |
| 2. | U. of Montana School of Law | September 2009 | Missoula, MT | Jones-Tamm Speaker Series | Transportation, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University Club | Honorary Membership | $1,500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NationsBank | 1st Trust - Professional Office Building | L |
| 2. EverHome Mortgage (formerly known as Alliance Mortgage) | Mortgage on country property | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --BROKERAGE ACCOUNT #1-- | | | | | | | | | |
| 2. Citibank Deposit Program | | None | J | T | | | | | |
| 3. Allied Capital Corp. | | None | J | T | | | | | |
| 4. Cigna | | None | J | T | | | | | |
| 5. Capital World Growth Class A | | None | K | T | | | | | |
| 6. Mayor & City Council Balt. | | None | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. --BROKERAGE ACCOUNT #2-- | | | | | | | | | |
| 9. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 10. Bank of America | | None | J | T | | | | | |
| 11. Capital World Growth Cl A | | None | K | T | | | | | |
| 12. Manor Care (X) | | None | K | T | | | | | |
| 13. Sangamon, 10/01/2010 | | None | K | T | | | | | |
| 14. Chicago coupon, 12/01/2011 | | None | K | T | | | | | |
| 15. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. --BROKERAGE ACCOUNT #3-- | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citibank Deposit Prog | A | Int./Div. | J | T | | | | | |
| 19. Cisco | | None | | | Sold | 11/19/09 | J | | |
| 20. Comcast Class A | | None | | | Sold | 11/19/09 | J | A | |
| 21. Comcast Cl. A SPL | | None | | | Sold | 11/19/09 | J | A | |
| 22. Banco Santander | | None | J | T | Buy | 02/04/09 | J | | |
| 23. GE Co. | | None | J | T | | | | | |
| 24. E-Funds 01/03/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 25. Johnson & Johnson | | None | K | T | | | | | |
| 26. Kimberly Clark | | None | K | T | Buy | 11/19/09 | K | | |
| 27. Kinder Morgan Energy | | None | K | T | | | | | |
| 28. Pepsico | | None | K | T | | | | | |
| 29. Scotts Co | | None | K | T | | | | | |
| 30. Soverign Banking | | None | J | T | Merged (with line 22) | | | | |
| 31. Wal-Mart | | None | K | T | | | | | |
| 32. Yum Brands | | None | J | T | | | | | |
| 33. Templeton Emer. Mkts | | None | K | T | | | | | |
| 34. AIM Income Fund | | None | | | Sold | 11/19/09 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FNMA Cpn. due 09/25/20 | | None | J | T | | | | | |
| 36. --Mutual Funds--; | | | | | | | | | |
| 37. Capital World Growth | | None | K | T | | | | | |
| 38. Europacific Growth Fund Cl B | | None | L | T | | | | | |
| 39. Ivy Global Nat Res | | None | J | T | | | | | |
| 40. Ivy Asset Strategy Cl C | | None | K | T | Buy (add'l) | 11/19/09 | K | | |
| 41. CATS SR S, 02/15/09 | | None | | | Matured | 02/15/09 | J | A | |
| 42. CATS SR Q, 05/15/09 | | None | | | Matured | 05/15/09 | J | A | |
| 43. Govt Trust Cpn, 11/15/10 | | None | J | T | | | | | |
| 44. FHLN MTG, 07/15/10 | | None | J | T | | | | | |
| 45. FHLN MTG, 07/15/11 | | None | J | T | | | | | |
| 46. Resolution FDG, 04/15/09 | | None | | | Matured | 04/15/09 | J | A | |
| 47. TVA CPN, 04/15/10 | | None | J | T | | | | | |
| 48. TVA CPN, 10/15/10 | | None | J | T | | | | | |
| 49. TVA CPN, 11/01/11 | | None | J | T | | | | | |
| 50. TVA FED BK, 11/01/12 | | None | J | T | | | | | |
| 51. Lehman Bros. CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. --BROKERAGE ACCOUNT #4-- | | | | | | | | | |
| 54. Bank Dep Program | A | Interest | J | T | | | | | |
| 55. Banco Popular N.Am. (CD) | A | Interest | J | T | | | | | |
| 56. AT&T | | None | K | T | | | | | |
| 57. Bellsouth Corp/ATT | | None | J | T | | | | | |
| 58. Chevron Texaco | | None | L | T | | | | | |
| 59. Cisco Systems | | None | | | Sold | 09/16/09 | K | A | |
| 60. Coca-Cola | | None | K | T | Buy | 02/25/09 | K | | |
| 61. ConEd | | None | K | T | Buy | 09/16/09 | K | | |
| 62. Costco | | None | K | T | | | | | |
| 63. En Bridge Energy Partners GE | | None | K | T | | | | | |
| 64. Enterprise Prods Partners | | None | K | T | | | | | |
| 65. Etablliss Delhaize Computer Corp. | | None | J | T | | | | | |
| 66. Exelon | | None | K | T | | | | | |
| 67. Exxon | | None | L | T | | | | | |
| 68. Fed. Realty Inv. Tr. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Federal Express | | None | K | T | | | | | |
| 70. General Electric | | None | K | T | | | | | *Acquired 03/03 |
| 71. HJ Heinz | | None | K | T | Buy | 02/25/09 | K | | |
| 72. IBM | | None | J | T | | | | | |
| 73. J.P. Morgan Chase | | None | K | T | | | | | |
| 74. Kimberly Clark | | None | K | T | | | | | |
| 75. Kinder Morgan Energy | | None | K | T | | | | | |
| 76. Eli Lilly & Co. | | None | K | T | | | | | |
| 77. Medco | | None | J | T | | | | | |
| 78. Merck & Co. | | None | K | T | | | | | |
| 79. Microsoft | | None | K | T | | | | | |
| 80. PepsiCo | | None | L | T | | | | | |
| 81. Pfizer, Inc. | | None | K | T | | | | | |
| 82. Proctor & Gamble | | None | K | T | | | | | |
| 83. Teppco Partners | | None | K | T | Merged (with line 65) | 10/27/09 | | | |
| 84. 3M | | None | K | T | | | | | |
| 85. Vodaphone | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Wells Fargo | | None | K | T | | | | | |
| 87. FNMA Cl 59, 10/25/2022 | | None | J | T | | | | | |
| 88. Bank of America Mtg. Sec. Cl A13 | | None | K | T | | | | | |
| 89. Bank of America Mtg. Sec. Cl A14 | | None | J | T | | | | | *Acquired 12/17/2007 |
| 90. Bank of America Funding Cl 1A38 | | None | J | T | | | | | *Acquired 10/20/2008 |
| 91. Bank of America Mtg Sec Cl 3A9 | | None | J | T | | | | | *Acquired 10/20/2008 |
| 92. Chase Mtg. Fin. Cl 2A3 | | None | J | T | | | | | *Acquired 10/20/2008 |
| 93. Chase Mtg. Fin. Cl 2A2 | | None | K | T | | | | | |
| 94. Chase Mtg. Fin. Cl 2A5 | | None | K | T | | | | | |
| 95. EuroPacific Growth Fund Cl B | | None | J | T | | | | | |
| 96. Ivy Global Nat Resources Cl C | | None | K | T | | | | | |
| 97. Ivy Asset Strat. Cl-C | | None | J | T | Buy (add'l) | 09/16/09 | K | | |
| 98. NationsBank Sub Note | A | Interest | J | T | Buy | 05/08/09 | J | | |
| 99. Dow Chemical 05/15/2018 | A | Interest | K | T | Buy | 09/16/09 | K | | |
| 100. FICO Strip SR 11, 2/08/09 | | None | | | Matured | 02/08/09 | K | | |
| 101. TVA Bonds, 12/15/09 | | None | | | Redeemed | 12/15/09 | J | A | |
| 102. FICO Strips, SR 13, 12/27/09 | | None | | | Matured | 12/29/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FHLN Mtg., 1/15/10 | | None | J | T | | | | | |
| 104. FNMA Strips, 2/01/10 | | None | J | T | | | | | |
| 105. FICO Strips SR 11, 2/08/10 | | None | K | T | | | | | |
| 106. TVA CPN, 10/15/11 | | None | K | T | | | | | |
| 107. FICO Strips SR 19, 12/06/12 | | None | J | T | | | | | |
| 108. TVA Bonds, 12/15/12 | | None | K | T | | | | | |
| 109. Eurobank CD, 06/08/2010 | | None | K | T | | | | | |
| 110. Capital One Bank CD, 10/26/2010 | | None | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. --BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 113. Oppenh Str Inc N | | None | K | T | | | | | |
| 114. Am Fds Cap Wld G/I R3 | | None | K | T | | | | | |
| 115. Am Euro Growth Fund R-3 | | None | K | T | | | | | |
| 116. Amer Growth Fund R-3 | | None | K | T | | | | | |
| 117. Ameri Funds Inc Fund 3 | | None | K | T | | | | | |
| 118. America Bond Fund 3 | | None | K | T | | | | | |
| 119. PIMCO Real Ret R | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Federated Kaufmann K | | None | K | T | | | | | |
| 121. Oppenh Intl Bond N | | None | K | T | | | | | |
| 122. Black Rock Temp Fund Mgmt | | None | J | T | | | | | |
| 123. Van Kampen Eq Inc R | | None | K | T | | | | | |
| 124. | | | | | | | | | |
| 125. --BROKERAGE ACCOUNT #6-- | | | | | | | | | |
| 126. Citibank Deposit Program | | None | J | T | | | | | |
| 127. Capital World Growth Class A | | None | K | T | | | | | |
| 128. Euro Pacific Growth | | None | J | T | | | | | |
| 129. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | A | Dividend | L | T | | | | | |
| 130. HSBC (CD), 03/23/09 | A | Interest | | | Matured | 03/23/09 | K | | |
| 131. NationsBank Corp Sub Note, 9/15/16 | A | Interest | J | T | Buy | 05/08/09 | J | | |
| 132. Cook County #205 | | None | J | T | | | | | |
| 133. Howard County Cons. | | None | K | T | | | | | |
| 134. Maryland State Health | | None | K | T | | | | | |
| 135. | | | | | | | | | |
| 136. --OIL & GAS WELL SHARES-- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | | None | K | T | | | | | |
| 138. Western Oaks TX 6.5% 1-22-02 Mun. Utils. Dist. | A | Interest | K | T | | | | | |
| 139. Total Fina Elf. | B | Royalty | J | W | | | | | |
| 140. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 141. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 142. | | | | | | | | | |
| 143. --REAL ESTATE-- | | | | | | | | | |
| 144. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 145. ▒▒▒▒▒▒▒ | | None | M | W | | | | | |
| 146. ▒▒▒▒▒▒▒ | | None | K | W | | | | | |
| 147. ▒▒▒▒▒▒▒ | D | Rent | L | W | | | | | |
| 148. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 149. ▒▒▒▒▒▒▒ | D | Interest | L | W | | | | | |
| 150. | | | | | | | | | |
| 151. --MISC-- | | | | | | | | | |
| 152. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 06/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which        serves as sole trustee and over which I have no authority whatsoever, are not required to be listed. Transactions involving assets of the trust are managed by a brokerage firm;      is consulted only for a "yes" or "no" regarding prospective purchases or sales.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hogan, Thomas F. | 06/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544